
# UNITED STATES SUPERIOR COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 22, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **JAROME F. SIMMONS,** | : | VIOLATION: |
| also known as "Bernard Franklin Byrd," | : | 18 U.S.C. § 922(g)(1) |
| also known as "Mark J. Davis," | : | (Unlawful Possession of a Firearm and |
| also known as "Brandon Jeffies," | : | Ammunition by a Person Convicted of a |
| also known as "Chris Morgan," | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| **Defendant.** | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about November 15, 2018, within the District of Columbia, **JAROME F. SIMMONS**, also known as "Bernard Franklin Byrd," also known as "Mark J. Davis," also known as "Brandon Jeffies," also known as "Chris Morgan," having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case Nos. 2005-FEL-4374 and 2007-CF2-17710, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 23, .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.