**Leave to file GRANTED**
*/s/ Emmet G. Sullivan/kc*
United States District Judge
4/21/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 18-cr-00344 (EGS) |
| ) | |
| JAROME SIMMONS, a.k.a. Bernard Byrd ) | |
| ) | |
| Defendant ) | |

## MOTION OF THE AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT OF COLUMBIA TO PARTICIPATE AS *AMICUS CURIAE*

The American Civil Liberties Union of the District of Columbia ("ACLU-DC") respectfully moves for leave to participate in these proceedings as *amicus curiae* in support of the defendant.

The ACLU-DC is a non-profit, non-partisan organization with more than 14,000 local members and has advocated for criminal justice reform for those who live in, work in, and visit D.C. for almost sixty years. The ACLU-DC therefore has a significant interest in whether the United States Attorney's Office for the District of Columbia ("USAO") charges the offense of felon-in-possession in local or federal court, as the USAO's policy could largely impact the livelihoods and freedoms of many District residents and visitors. Because of the ACLU-DC's extensive legislative advocacy and litigation concerning the District's criminal justice policies, it possesses "unique information [and] perspective that can help the court beyond the help that the lawyers for the parties are able to provide," which warrants its participation as *amicus curiae*. *Jin v. Ministry of State Sec.*, 557 F.

Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)); *cf.* Local Civil Rule 7(o)(2).[1]

Mr. Simmons and the United States consent to the ACLU-DC's participation as *amicus curiae*. The ACLU-DC requests that it be permitted to file its *amicus* brief on April 28, 2020, and that its brief be governed by Local Civil Rule 7(o).

The United States has also asked the ACLU-DC to alert the Court that, if the Court grants this motion and permits the ACLU-DC to file its amicus brief on April 28, 2020, the parties expect to file a joint motion to adjust the briefing schedule to provide the parties (and *amici*) additional time to address the issues before the Court.

For the foregoing reasons, ACLU-DC requests leave to participate as *amicus curiae* in support of the defendant in these proceedings.

Respectfully submitted,

David M. Foster
D.C. Bar No. 497981
Kathryn M. Ali
D.C. Bar No. 994633
Toccara M. Nelson
D.C. Bar No. 1671708
Hogan Lovells US LLP
555 Thirteenth Street
Washington, D.C. 20004
(202) 637-5600
(202) 637-5911 (fax)

April 17, 2020

---

[1] The Local Civil Rules for the United States District Court for the District of Columbia "govern all proceedings in the United States District Court for the District of Columbia" and "supplement the Federal Rules of Civil and Criminal Procedure and shall be construed in harmony therewith." Local Civil Rule 1.1(a). The ACLU-DC cites Local Civil Rule 7(o)(2) to move for leave to participate as amicus curiae for these proceedings, as there is no analogous rule in the Local Criminal Rules.

## CERTIFICATE OF SERVICE

I certify that on April 17, 2020, this motion was served through email to:

    Carlos Vanegas
    Assistant Federal Public Defender
    625 Indiana Avenue, NW, Suite 550
    Washington, D.C. 20004

    Andrew Manuel Crespo
    Faculty Director
    The Impact Defense Initiative of Harvard Law School
    1525 Massachusetts Avenue
    Cambridge, MA 02138

    Jason McCullough
    Assistant U.S. Attorney
    U.S. Attorney's Office for the District of Columbia
    555 4th Street NW
    Washington, D.C. 20530

I certify that on April 17, 2020, this motion was served by email and first-class mail to:

    Loren L. Alikhan
    Office of the Attorney General
    441 4th Street, NW, Suite 630 South
    Washington, D.C. 20001
    (202) 727-6287
    (202) 730-1864 (fax)
    loren.alikhan@dc.gov

April 17, 2020

DAVID M. FOSTER
D.C. Bar No. 497981